UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
26-mj-11 (DJF)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GEORGIO THOMAS JAMES-JONES | **FILED UNDER SEAL** |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Erinn Tobin, being duly sworn, do hereby state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request an arrest warrant. I am a Special Agent of the Federal Bureau of Investigation ("FBI"). I have been employed by the FBI since December of 2021. Since October of 2022, I have been assigned to the Joint Terrorism Task Force (the "JTTF") of the FBI's Minneapolis Division. In this capacity, I investigate, among other things, criminal cases relating to domestic terrorism, such as destruction of government property. In addition to my on-the-job experience, the FBI has provided me with extensive training in domestic terrorism and the techniques used to investigate allegations of domestic terrorism.

2.      I make this Affidavit in support of a criminal Complaint against Georgio Thomas JAMES-JONES (YOB 1998)[1] for violation of Title 18, United States Code, Section 1361 (willful destruction of government property) ("the SUBJECT OFFENSE").

3.      The facts set forth in this Affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, my review of documents and computer records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. This Affidavit, however, is intended to show only that there is sufficient probable cause to support the charge alleged in the Complaint and does not set forth all of my or the government's knowledge about this matter.

4.      Based on my training and experience and the totality of the facts and circumstances as set forth in this Affidavit, and the reasonable inferences therefrom, Your Affiant has probable cause to believe that JAMES-JONES committed the SUBJECT OFFENSE.

## PROBABLE CAUSE

5.      On the morning of January 7, 2026, Homeland Security Investigations (HSI) federal agents with Immigration Customs Enforcement (ICE) were conducting immigration enforcement operations in vicinity of Portland Avenue and 33rd Street

---

[1] I have partially redacted JAMES-JONES's date of birth pursuant to local rules of this Court. His full dates of birth are known to me and will be made available to the Court on request.

in Minneapolis, MN. During the operations, an ICE agent was involved in a use of deadly force with the driver of a vehicle that resulted in the death of the driver. Multiple law enforcement officers and agencies responded to the scene, including the Minneapolis Police. Following the incident, a large crowd of demonstrators began arriving to protest, and law enforcement attempted to maintain security of the crime scene. A then-unknown Black male, highlighted below, with large gauges in his ear lobes, wearing a black-and-white checkered scarf, light-colored jacket, and dark pants, was among the protestors who engaged with and shouted at local law enforcement as police held the perimeter of the crime scene.[2]



6.      Later that same afternoon, a crowd of demonstrators, including the Black male identified above, as highlighted below, marched from the scene of the

---

[2] Your Affiant obtained and reviewed YouTube videos posted to open-source social media and other surveillance videos of the scene.

3

shooting toward downtown Minneapolis, eventually arriving at and gathering at the Diana E. Murphy United States Courthouse, located at 300 South Fourth Street, in Minneapolis, ("the Federal Courthouse") at approximately 3:30 pm.  Law enforcement estimated that approximately 75 demonstrators gathered outside the Federal Courthouse and began demonstrating and chanting anti-ICE slogans.

 

7.      Your Affiant knows, based on training and experience, that the Federal Courthouse is managed and maintained by the federal Government Services Agency ("GSA") and is considered federal property, which is secured and protected by federal officers with the United States Marshal's Service ("USMS") and the Federal Protective Service ("FPS").

8.      Your Affiant reviewed the open-source YouTube video-recording of the gathering posted by Mercado Media, as well as the Federal Courthouse surveillance video, and observed the following.

9.      As the crowd gathered in front of the Federal Courthouse's revolving center door, one of the demonstrators, (an unknown white male wearing a white medical mask and wearing all black clothes), entered the building through the

4

revolving center door, and after approximately six seconds, exited through the same revolving door and appeared to motion for the crowd to stop and not enter the building. As Federal Courthouse Court Security Officers (CSOs) attempted to secure and lock the revolving door shut, the Black male with the checkered scarf entered the front revolving door. As depicted below, the CSOs, however, prevented the Black male from entering the Federal Courthouse by holding the revolving door in place, and a member from the crowd of demonstrators pulled the Black male back out of the revolving door, as depicted below.



10.     The crowd of demonstrators, including the Black male depicted above, continued to collapse in on the entrance of the Federal Courthouse, and they began banging on the glass doors and windows. While banging on the window pane to the right of the revolving door, the Black male took a piece of silver trim off the window and discarded it on the ground, as depicted below.



11. The Black male then positioned himself directly in front of the same window from which he removed the silver trim, and proceeded to kick the bottom window pane with his right-booted foot three times, breaking the window on the first kick, and continuing to further break the window with the second and third kicks, as depicted below.

*First kick*



*Second kick*



*Third Kick*



12.     As the Black male kicked the glass window, Your Affiant could hear the glass cracking on the audio of the Mercado Media YouTube video. As the Black male kicked the glass for the third time, a few nearby demonstrators reacted and physically pulled the Black male away from the glass, yelling at him to stop, as depicted below.



13.     Surveillance video then shows the Black male eventually walking away from the front of the Federal Courthouse with two other demonstrators and entering and leaving in a nearby vehicle.  At approximately 4:14 pm, roughly 45 minutes after crowd of demonstrators' arrival, the demonstrators dispersed from the Federal Courthouse.

14.     A photo of the damaged and broken window from the Federal Courthouse in the aftermath of the Black male's kicks is depicted below.  The broken window has been temporarily secured with plywood.

8



_Identification of Black male as JAMES-JONES_

15.    Investigators showed a screenshot from the Mercado Media YouTube video to the CSOs of the Black male in the checkered scarf attempting to enter the revolving door, and the CSOs confirmed that the Black male depicted in the screenshot was the same subject who kicked in and broke the glass window.

9

16.     Based on Your Affiant's and other law enforcement officer's review of open-source social media accounts, the Mercado Media YouTube video footage, the Federal Courthouse surveillance footage, and interviews with CSOs who witnessed the events described above, law enforcement developed the description of the Black male as a light-skinned Black male, approximately 5'10", over 200lbs, in his early to mid-twenties, with black Afro-style hair, beads hanging from his hair, short dark facial hair, and open gauges in both ear lobes.[3]  Several images of the Black male were submitted to FBI Facial Recognition Services, which system-generated a lead of a potential identification to JAMES-JONES.

17.     Your Affiant and other law enforcement agents working on the investigation then conducted extensive open-source research and review of known photos of JAMES-JONES, including his November 2023 identification card photo, for manual comparisons to images of the Black male obtained as part of the investigation. The below images outlined in red depict images of the Black male at the time of the investigation as outlined above. The below two images outlined in green depict known images of JAMES-JONES from his open-source social media posted in January 2024 (photo-date unknown) and from his November 2023 identification card photo, respectively.

---

[3] Your Affiant knows, based on training and experience, that open and elongated gauges in the ear lobes are often used to insert circular discs or other types of jewelry into the ear lobes.



18.    Your Affiant notes that the two known images of JAMES-JONES depicted above feature jewelry and discs inserted in the ear lobes of JAMES-JONES, similar facial hair, similar head hair, and a beaded hair braid on the right-side of JAMES-JONES's head hair that all appear similar to those depicted in the photos and screen shots of the Black male obtained as part of the investigation, including the gauges visible in both ear lobes and the location of the beaded hair braid.

19.     Additionally, the physical description for JAMES-JONES from his identification card (issued in March 2024) shows a height of 5'8" and weight of 260 lbs, which is also consistent with the surveillance footage and the physical description profile developed by law enforcement investigators.  JAMES-JONES's age of 28 is also consistent with the apparent age of the Black male discussed above.

20.     On January 8, 2026, investigators spoke with the lead GSA building manager who oversees facilities management for the Federal Courthouse. The building manager informed law enforcement that the current damage estimate for the broken window is several thousands of dollars, but a formal work estimate has not yet been completed.

21.     On January 9, 2026, FBI investigators reviewed online activity on two open-source social media accounts on Facebook and Instagram believed to be associated with JAMES-JONES. Facebook account "Georgio Jones" (UID: 100004540778923) and Instagram account @lavenderpants2 (UID: 54555439) both were observed to contain overlapping images of a Black male visually matching the information known for JAMES-JONES, and the Facebook account name matched JAMES-JONES's name.  Both social media account home pages are depicted below.

Instagram profile:



Facebook profile:





22.    Your Affiant observed that the Instagram profile image for JAMES-JONES depicted above, shows him wearing a black-and-white checkered scarf, or keffiyeh, similar to that worn by the Black male who broke the Federal Courthouse window as described above.    Additionally, investigators reviewed the publicly available "stories" portion of JAMES-JONES' Instagram account, which showed that JAMES-JONES posted two videos during protests occurring in Minneapolis on the evening of January 8, 2026.

14

## CONCLUSION

23.    Based on the totality of the facts and circumstances within this Affidavit, the reasonable inferences therefrom, Your Affiant's training, experience, and knowledge of the investigation, Your Affiant has probable cause to believe that on or about January 7, 2026, in the State and District of Minnesota, JAMES-JONES violated Title 18, United States Code, Section 1361 (willful destruction of government property).

Respectfully submitted,

Erinn Tobin
Special Agent
Federal Bureau of Investigation

SUBSCRIBED and SWORN before me
by reliable electronic means (via FaceTime and
box on USAfx) pursuant to Fed. R. Crim. P. 41(d)(3)
on January ___9___, 2026:

DULCE J. FOSTER
United States Magistrate Judge
District of Minnesota

15